UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 13-cv-20272-JLK

AILEEN S.,
an individual,

    Plaintiff,

vs.

EMPIRE HEALTHCHOICE, INC.
f/k/a EMPIRE BLUE CROSS BLUE SHIELD,
a foreign corporation,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Aileen S., and Defendant, Empire HealthChoice, Inc., by and through their respective undersigned Counsel, hereby stipulate and agree to the entry of a Final Order of Dismissal with Prejudice with each party to bear her/its own attorneys' fees and costs.

Dated: April 3, 2014　　　　　　　　　　　　　　Respectfully Submitted,

| | |
|---|---|
| s/. Alicia Paulino-Grisham | s/. Thomas F. Munro, II |
| **Alicia Paulino-Grisham, Esquire** | **Thomas F. Munro, II, Esquire** |
| Florida Bar No. 0676926 | Florida Bar No. 382027 |
| **Maggie M. Smith, Esquire** | FOLEY & LARDNER, LLP |
| Florida Bar No. 0023510 | *Counsel for Defendant, **Empire HealthChoice*** |
| DI LAW GROUP | One Biscayne Tower |
| *Counsel for Plaintiff, **Aileen S.*** | 2 South Biscayne Boulevard, Suite 1900 |
| 4151 Hollywood Blvd. | Miami, Florida  33131 |
| Hollywood, FL 33021 | Telephone:  (305) 482-8400 |
| Telephone:  (954) 989-0000 | Fax:  (305) 482-8600 |
| Fax:  (954) 989-9999 | tmunro@foley.com |
| maggie@dilawgroup.com | |
| alicia@dilawgroup.com | |

1