UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20272-CIV-KING

AILEEN S.,
an individual,

      Plaintiff,

v.

EMPIRE HEALTHCHOICE, INC.
f/k/a EMPIRE BLUE CROSS BLUE SHIELD,
a foreign corporation,

      Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice (D.E. #15) filed April 3, 2014, advising the Court that the above-styled case had settled. Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises, it is

ORDERED, ADJUDGED and DECREED as follows:

1. The above-styled case is hereby DISMISSED WITH PREJUDICE.

2. All unresolved pending motions in this case are hereby DENIED as moot.

3. The **Pretrial Conference** previously set for **May 2, 2014** and the **Trial** previously set for **July 7, 2014** are hereby CANCELED.

4. The Clerk shall CLOSE this case.

DONE AND ORDERED in chambers at the James Lawrence King Federal Justice

Building and United States Courthouse, Miami, Florida, this 4th day of April, 2014.

                                              JAMES LAWRENCE KING
                                              UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record